371 A.2d 227

Commonwealth v. Goodman, Appellant.

Submitted April 2, 1976. Mary Rose Cunningham, for appellant; Steven H. Goldblatt,

Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., would vacate the suspended sentence on receiving stolen goods.